IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD R. LUEHRS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGG T. POTTORFF, et al.,<br><br>　　　　Defendant.　　　　　　　／ | No. C-16-0690 MMC<br><br>**ORDER DIRECTING DEFENDANT ZIMMER, INC. TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |

　　　　On February 22, 2016, the above-titled action was reassigned to the undersigned.

　　　　To facilitate the Court's review of the case, defendant Zimmer, Inc. is hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, filed February 10, 2016, and all exhibits attached thereto.

　　　　**IT IS SO ORDERED.**

Dated: March 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge