UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. LUEHRS<br><br>    Plaintiff,<br><br>  v.<br><br>GREGG T. POTTORFF, M.D., ZIMMER, INC., AND DOES 1 TO 10<br><br>    Defendants. | Case No. 3:16-cv-00690-MMC<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL<br><br>Honorable Maxine M. Chesney |

# [~~PROPOSED~~] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as against Defendant Zimmer, Inc. pursuant to FRCP 41(a)(1)(A)(ii).
2. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
Honorable Maxine M. Chesney
United States District Judge